■ In the Matter of MILDRED V. BRECKHEIMER, Appellant, v EDWARD BRECKHEIMER et al., Respondents.—Order unanimously modified on the law to grant the petition in accordance with same memorandum as in *Matter of Walsh v Walsh* (144 AD2d 947 [decided herewith]) and as modified affirmed with costs to petitioner. (Appeal from order of Onondaga County Family Court, McLaughlin, J.—spousal support.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.

■ In the Matter of IDA NELLENBACH, Appellant, v JOSEPH NELLENBACH et al., Respondents.—Order unanimously modified on the law to grant the petition in accordance with same memorandum as in *Matter of Walsh v Walsh* (144 AD2d 947 [decided herewith]) and as modified affirmed with costs to petitioner. Memorandum: We add only that the record is sufficient for us to determine petitioner's needs without remitting the matter to Family Court for a hearing. Thus, we award petitioner support in the sum of $681 per month *(Matter of Morrison v Morrison,* 132 AD2d 985). (Appeal from order of Onondaga County Family Court, McLaughlin, J.—spousal support.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.